**WALKER TRADING CORP., Appellant,**

v.

**UNITED STATES, Appellee.**

**Customs Appeal No. 76–26.**

United States Court of Customs and Patent Appeals.

May 12, 1977.

David Serko, Gerald B. Horn, Serko & Simon, New York City, attorneys of record, for appellant.

Carla A. Hills, Barbara Allen Babcock, Asst. Attys. Gen., Washington, D. C., David M. Cohen, Chief, Customs Section, Alan L. Langus, New York City, for the United States.

Before MARKEY, Chief Judge, RICH, BALDWIN and MILLER, Judges and SCOVEL RICHARDSON, Judge, United States Customs Court.

MILLER, Judge.

Identical issues having been disposed of in Customs Appeal No. 76–25, *Walker International Corp. v. United States,* 554 F.2d 464 (Cust. & Pat.App.) decided this date, the orders of the Customs Court are *affirmed* in accordance with our opinion in that case.